**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, JOSH SHAPIRO, ATTORNEY GENERAL, | : No. 92 MM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| NEW FOUNDATIONS, INC., A NONPROFIT CORPORATION; FIRETREE, LTD., A NONPROFIT CORPORATION; ORANGE STONES CO., A NONPROFIT CORPORATION; CATHERINE ERTEL, INDIVIDUALLY; EDWARD ERTEL, INDIVIDUALLY; AMY ERTEL, INDIVIDUALLY; WILLIAM C. BROWN, INDIVIDUALLY, AND CATHERINE K. ERTEL AS EXECUTRIX OF THE ESTATE OF ALLEN E. ERTEL, INDIVIDUALLY, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 22nd day of August, 2018, the Petition for Review is DENIED.